

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V | § | CASE NO: 1:14MJ210-1 |
| | § | |
| AARON DOUGLAS LAKEY | § | |

ORDER OF TEMPORARY DETENTION

<u>PENDING DETENTION HEARING</u>

Pending before the Court is a Motion for Detention, a detention hearing is scheduled as follows:

| | |
|---|---|
| Place: U.S. Magistrate Judge Keith F. Giblin<br>Jack Brooks Federal Building<br>300 Willow<br>Beaumont, TX 77701 | Courtroom No: 6<br><br>Date: October 27, 2014<br>Time: 2:00 P.M. |

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

SIGNED this 22nd     day of October 2014

Keith F. Giblin

United States Magistrate Judge