**FILED**
U.S DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 0 5 2014

DAVID J MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO.   1:14-CR- 1 1 2 |
| | § | Honorable Judge Clark - Hawthorn |
| AARON DOUGLAS LAKEY | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 2422(b) (Enticement
of a Minor)

Beginning on or about August 23, 2014 and continuing until on or about September 26, 2014, in the Eastern District of Texas, and elsewhere, **Aaron Douglas Lakey**, defendant, did use any facility of interstate and foreign commerce, to wit, the Internet and a cellular telephone, to knowingly persuade, induce, entice and coerce any individual, namely Jane Doe, whose identity is known to the Grand Jury, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, including, Texas Penal Code § 22.011(a)(2) (Sexual Assault).

In violation of 18 U.S.C. § 2422(b).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 2428   Upon conviction of one or more of the offenses, alleged in Counts One through Four of this indictment, **Aaron Douglas**

**Indictment – Page 1**

**Lakey**, defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 2428, and all property, real and personal, used or intended to be used to commit or to promote the commission of the offense, specifically:

>   (a) One (1) Verizon Samsung Galaxy S Model H-1500 V cellular telephone; and,

>   (b) One (1) 2004 Ford F-250 Pickup Truck, bearing Vehicle Identification Number (VIN) 1FTNW21P64EB89144.

Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant:

>   (a) cannot be located upon the exercise of due diligence;

>   (b) has been transferred or sold to, or deposited with a third party;

>   (c) has been placed beyond the jurisdiction of the court;

>   (d) has been substantially diminished in value; or

>   (e) has been commingled with other property which cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property.

A TRUE BILL

C A J

GRAND JURY FOREPERSON

JOHN M. BALES

**Indictment – Page 2**

UNITED STATES ATTORNEY


RANDALL L. FLUKE
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:14-CR- 112 |
| | § | Honorable Judge _____ |
| AARON DOUGLAS LAKEY | § | |

## **NOTICE OF PENALTY**

### **Count One**

Violation:   18 U.S.C. § 2422(b) (Enticement of a Minor)

Penalty:   Imprisonment of not less than ten (10) years, but up to Life, a fine not to
exceed $250,000.00, or both.  A term of supervised release of not less than
five (5) years, but up to Life may be imposed.

Special Assessment: $100.00