# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

U.S.A.

**EXHIBIT LIST**

V.

AARON LAKEY

Case Number: 1:14CR112

| PRESIDING JUDGE<br>RON CLARK | PLAINTIFF'S ATTORNEY<br>RANDY FLUKE | DEFENDANT'S ATTORNEY<br>GARY BONNEAUX |
|---|---|---|
| TRIAL DATE (S)<br>5/18/15 | COURT REPORTER<br>CHRIS BICKHAM | COURTROOM DEPUTY<br>FAITH ANN LAURENTS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 5/18 | X | X | Letter from Liberty County Sheriff's Office dated 5/15/15 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages